

EXHIBIT
Composite
B

